

15 East Cherry Avenue, Suite 203
Flagstaff, Arizona 86001
Telephone: (928) 225-2896
Facsimile: (928) 225-2118
Jared E. Holland (SBN: 025548)
Jared@DeckerHolland.com
Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re | **Case No. 3**:12-bk-19862-GBN |
|---|---|
| BROOKS JOEL EDEN<br>NATALIE JEAN EDEN,<br><br>Debtors. | **MOTION FOR VALUATION OF COLLATERAL AND DETERMINATION OF SECURED STATUS** |

The Debtors, by and through undersigned counsel, pursuant to 11 U.S.C. §506 and Federal Rules of Bankruptcy Procedure, Rules 3012 and 3013, hereby move this Court for its order determining the value of Debtors' interest in the property located at 17721 W. Voltaire St., Surprise, Arizona 85282 to be $175,000.00, as indicated in Debtors' Schedules. Debtors' used Debtors' estimate and comparable sales to determine the value of the collateral indicated in Debtors' Schedules.

The secured balance owed to the first lien holder is $308,728.00. Based on the above indicated value, it is believed that the value of the Debtors' interest in the property located at 17721 W. Voltaire St., Surprise, Arizona 85282 is less than the amount owed to the first lien holder. Accordingly, pursuant to *In re Zimmer,* 313 F.3d 1220 (9th Cir., 2002), Debtors

1

further request that the Court determine Sarah Ann Ranch Homeowners Association's claim to be fully unsecured and to be treated as such in Debtors' Chapter 13 plan.

For all the foregoing reasons, Debtors' respectfully request their Motion be granted and an Order be entered by this Court determining the value of the collateral and classification of junior lien holder's claim as indicated herein. Debtors further request that upon successful completion of the Debtors' Chapter 13 plan, the Debtors be allowed to request an Order extinguishing the liens held by Sarah Ann Ranch Homeowners Association.

RESPECTFULLY SUBMITTED this 6th day of May, 2013.



DECKER HOLLAND, PLLC


By: /s/ Jared E. Holland
    Jared E. Holland
    Counsel for Debtors

One copy of the foregoing was
mailed this 6th day of May, 2013 to:

Edward J. Maney, Trustee
101 North First Avenue, Suite 1775
Phoenix, Arizona 85003

U.S. Trustee's Office
230 N. First Ave., Ste. 204
Phoenix, AZ 85003

Chad P. Miesen, Esq.
CARPENTER, HAZELWOOD, DELGADO & BOLEN, PLC
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
*Via Certified Mail, Return Receipt Requested*

President/Managing or General Agent
Sarah Ann Ranch Homeowners Association
C/O AAM, LLC
1600 W BROADWAY RD STE 200
TEMPE, AZ 85282
*Via Certified Mail, Return Receipt Requested*

LAURA ZIFF
Statutory Agent for Sarah Ann Ranch Homeowners Association
C/O AAM, LLC
1600 W BROADWAY RD STE 200
TEMPE, AZ 85282
*Via Certified Mail, Return Receipt Requested*


By: /s/ Jared E. Holland
       Jared E. Holland