

**DECKER HOLLAND**
Attorneys at Law
15 East Cherry Avenue, Suite 203
Flagstaff, Arizona 86001
Telephone: (928) 225-2896
Facsimile: (928) 225-2118

Jared E. Holland (SBN: 025548)
Jared@DeckerHolland.com
Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re | Case No. 3-13-bk-19862-GBN |
|---|---|
| BROOKS JOEL EDEN<br>NATALIE JEAN EDEN,<br><br>Debtors. | A Proceeding in Chapter 13<br><br>**ORDER GRANTING<br>MOTION FOR VALUATION<br>OF COLLATERAL<br>AND<br>DETERMINATION OF<br>SECURED STATUS** |

**THE COURT** having reviewed Debtors' Motion for Valuation of Collateral and Determination of Secured Status and good cause appearing therefore, **IT IS ORDERED:**

1) Debtors' Motion is GRANTED.

2) Overruling Sarah Ann Ranch Homeowner Association's Objection to Debtors' Chapter 13 Plan filed March 12, 2013. *See* docket no. 57.

3) The value of Debtors' interest in 17721 West Voltaire Street, Surprise, Arizona 85282 is determined to be $175,000.00.

4) Sarah Ann Ranch Homeowner Association's claims are to be classified as fully non-priority, unsecured and to be treated as such in Debtors' Chapter 13 plan.

5) This Order shall become part of Debtors' confirmed Chapter 13 Plan.

6) Upon successful completion of the Debtors' Chapter 13 plan and Debtors' receipt of a Discharge, Sarah Ann Ranch Homeowner Association's liens shall be voided for all purposes and, upon application by Debtors, the Court will enter an appropriate form of order voiding the liens.

7) If Debtors' Chapter 13 case is dismissed or converted to Chapter 7 before Debtors obtains a discharge, this Order shall cease to be effective and Sarah Ann Ranch Homeowner Association's liens shall be retained to the extent recognized by applicable non-bankruptcy law, and, upon application by any Lienholder, the Court will enter an appropriate form of order restoring the liens.

8) Except as provided by separate, subsequent order of this Court, Sarah Ann Ranch Homeowner Association's liens may not be enforced so long as this order remains in effect.

--------------------**ENTERED AND DATED AS INDICATED ABOVE**--------------------

