Edward J. Maney, Trustee, Bar# 12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) In Proceedings Under Chapter 13
)
BROOKS JOEL EDEN ) Case No. 3:12-19862-PS
NATALIE JEAN EDEN )
) TRUSTEE'S OBJECTION TO PROOF
) OF CLAIM AND NOTICE THEREON
)
_____Debtor (s)_____ )

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:     003
    Name:   Wells Fargo Bank, N.A.
    Address:  Business Direct Division
             P.O. Box 29482
             Phoenix,AZ 85038-8650
    Acct No:   7335

Upon the following grounds:

The Trustee has been notified by the above referenced Creditor/Debtor that this claim has been paid in full and/or a loan modification has been approved and this claim has been satisfied. No further distribution of funds will be made on behalf of this creditor by the Trustee.

The Trustee recommends said claim be treated as follows:

The entire balance or remaining balance of the claim be disallowed in total.

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before October 14, 2015, (30 days from mailing) the creditor EITHER:

1. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court,
   and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.
2. Timely files an amended proof of claim with the U.S. Bankruptcy Court and properly notices the Trustee.

Dated: See Electronic Signature

*Edward J. Maney, Esq.*
Digitally signed by Edward J. Maney, Esq.
DN: cn=Edward J. Maney, Esq., o=Edward J. Maney, chapter 13 Trustee, ou, email=ejm@maney13trustee.com, c=US
Date: 2015.09.14 11:33:19 -07'00'

Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 12-19862

Copies of the foregoing mailed (see electronic signature below) to the following:

Jared E. Holland, Esq.
DECKER HOLLAND PLL
15 East Cherry Avenue, Suite 203
Flagstaff, AZ  86001-
Attorney for Debtor

BROOKS JOEL EDEN
3840 NORTH PATTERSON BLVD.
FLAGSTAFF, AZ  86004
Debtor

NATALIE JEAN EDEN
Co-Debtor

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix AZ  85038-8650
Creditor

By:  Digitally signed by Tiffany Warblow
DN: cn=Tiffany Warblow, o=Edward J. Maney Chapter 13 Trustee, ou, email=twarblow@maney13trustee.com, c=US
Date: 2015.09.15 10:48:33 -07'00'